**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GERMAIN I. SKINNER,

        Plaintiff,                  Case Number: 05-70556

v.                                         JUDGE PAUL D. BORMAN
                                               UNITED STATES DISTRICT COURT

UNKNOWN GRANDSON, et at.,

        Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING PLAINTIFF'S MOTION FOR AN EXTENDED TIME FOR SERVICE DUE TO DEFENDANT UNKNOWN MCMILLIAN BEING MISNAMED**

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Plaintiff's Motion for an Extended Time for Service. Having reviewed that Report and Recommendation[1], the Court enters as its findings and conclusions the Report and Recommendation. Additionally, the Court orders the U.S. Marshal to serve Defendant McMillian at the Standish Maximum Correctional Facility.

      **SO ORDERED.**

                                                    S/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: June 26, 2006

                                    CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 26, 2006.

                                                    S/Jonie Parker
                                                    Case Manager

---

[1] There were no objections to the Report and Recommendation filed.